UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Novo Nordisk Inc.

                Plaintiff(s),

              09 Civ. 47 (PKC)

- against -

Sanofi-Aventis

             ORDER FOLLOWING
             PRETRIAL CONFERENCE

                Defendant(s).

------------------------------------------------------------x

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. ~~By _____, 2009, the plaintiff(s)  the defendant(s)~~ the parties ~~shall~~ have stipulated to transfer of related case from the E.D. Texas. Based upon this agreement, parties agree that venue is proper in this District. No defendant will raise a defense of

~~2. By _____, 2009, the plaintiff(s)  the defendant(s)  the parties  shall~~ lack of personal jurisdiction in this District. Parties to return with CMP/SO.

3. By _____, 2009, the plaintiff(s)  the defendant(s)  the parties  shall

_____

_____

_____

4.

5.

6. Parties to advise by joint letter faxed to Chambers by June 23 5pm whether they agree to the retention of a private mediator.

7.  The Next Conference [the Final Pretrial Conference] will be held on __June 24__, 2009 at _2:30_ PM

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-28-09